**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CAZARES,<br><br>    Plaintiff,<br><br>v.<br><br>RENTOKIL NORTH AMERICA, INC.,<br><br>    Defendant. | CASE NO. 2:23-cv-10653-SPG-KS<br>Assigned to Hon. Sherilyn Peace Garnett<br><br>**ORDER ON JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Based on the Parties' Joint Stipulation to Dismiss Without Prejudice, and finding good cause, IT IS HEREBY ORDERED, that:

1. The parties shall submit the instant dispute, including all claims asserted herein, to binding arbitration pursuant to the Arbitration Agreement; and

3. The instant lawsuit shall be dismissed without prejudice, mooting all pending motions.

**IT IS SO ORDERED.**

Dated: February 16, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1